# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VICTORIA'S SECRET STORES<br>BRAND MANAGEMENT, INC.<br><br>v.<br><br>VS SECRETS OF ROMANCE, LLC,<br>SAMIR ABED-RABBO, and DOES 1-10 | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:10cv158<br>(Judge Schneider/Judge Mazzant) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Samir Abed-Rabbo's First Motion to Dismiss should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Samir Abed-Rabbo's First Motion to Dismiss (Dkt. #17) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 18th day of August, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE